Ellis C. TALMADGE v. UNITED STATES of
America.

No. 394.

Circuit Court of Appeals, Tenth Circuit.
Nov. 25, 1930.

E. M. Sabin, of Denver, Colo., for appellant.

Ralph L. Carr, U. S. Atty., of Antonito, Colo.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed November 25, 1930, on motion of appellee.

Neva TEICHMANN, Appellant, v. George S. GRIMES et al.

No. 8900.

Circuit Court of Appeals, Eighth Circuit.
Nov. 25, 1930.

Emmett P. Mahoney, of Minneapolis, Minn., for appellant.

Donald M. Davis and George S. Grimes, both of Minneapolis, Minn., for appellee.

PER CURIAM.

Appeal dismissed on motion of appellees, for failure to comply with the provisions of Rules 23 and 24.

TRI-STATE TRANSIT COMPANY of LOUISIANA, Inc., et al., Appellants, v. Tom DEES.

No. 8999.

Circuit Court of Appeals, Eighth Circuit.
Nov. 19, 1930.

Thomas S. Buzbee, George B. Pugh and H. T. Harrison, all of Little Rock, Ark., and John M. Shackleford, Neill C. Marsh, C. W. McKay, and Tom Marlin, all of El Dorado, Ark., for appellants.

J. R. Wilson, of El Dorado, Ark., for appellee.

PER CURIAM.

Appeal dismissed, without costs to either party in this court, per stipulation of parties.

UNITED MOTORS SERVICE, Inc., Appellant, v. TROPIC-AIRE, Incorporated.

No. 8964.

Circuit Court of Appeals, Eighth Circuit.
Oct. 13, 1930.

F. A. Whiteley, of Minneapolis, Minn., for appellant.

A. C. Paul, Richard Paul, Maurice M. Moore, all of Minneapolis, Minn., for appellee.

PER CURIAM.

Appeal dismissed on motion of appellant, with costs.

UNITED STATES of America, Appellant, v. Vern ALLEN.

No. 9061.

Circuit Court of Appeals, Eighth Circuit.
Nov. 15, 1930.

Byron S. Payne, Asst. U. S. Atty., of Pierre, S. D.

C. A. Wilson and E. B. Adams, both of Hot Springs, S. D., for appellee.

PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this court, per stipulation of parties.